**Bilder PERALTA–CIFUENTES,
Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney
General of United States,
Respondent.**

**No. 12–2903.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 17, 2013.

Filed: April 22, 2013.

Jonathan Willmoth, Willmoth Immigration Law, LLC, Kansas City, MO, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Jesse David Lorenz, Lori Warlick, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Guatemalan citizen Bilder Peralta–Cifuentes petitions for review of an order of the Board of Immigration Appeals (BIA), denying his motion to reopen removal proceedings. In his motion to reopen, Peralta–Cifuentes sought permission to apply for withholding of removal and for relief under the Convention Against Torture. In denying his motion, the BIA concluded that he had not established prima facie eligibility for either form of relief. After careful review, we conclude that the BIA acted within its discretion. *See Averianova v. Holder*, 592 F.3d 931, 936 (8th Cir. 2010) (standard of review); *Minwalla v. INS*, 706 F.2d 831, 834–35 (8th Cir.1983) (no abuse of discretion in denying motion to reopen where petitioner's allegations did not establish prima facie case for substantive relief sought). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.